# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ALEX DEMETRIUS MCMILLIAN, #288873,<br>    Petitioner, | )<br>)<br>)<br>)<br>) | |
| v. | ) | Civil Action No. 17-069-WS-N |
| KENNETH PETERS,<br>    Respondent. | )<br>)<br>) | |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Alex Demetrius McMillian's 28 U.S.C. § 2254 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent Kenneth Peters and against Petitioner McMillian, and that McMillian is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the 11th day of September, 2017.

            <u>s/WILLIAM H. STEELE</u>
            **UNITED STATES DISTRICT JUDGE**